NUMBER 13-01-772-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG


________________________________________________________________


ROBERTO C. GARCIA , Appellant,



v.




ALICIA C. GARCIA , Appellee.

________________________________________________________________



On appeal from the 197th District Court

of Cameron County, Texas.


________________________________________________________________



MEMORANDUM OPINION


Before Justices Rodriguez, Castillo, and Kennedy (1)

Opinion Per Curiam




 Appellant, ROBERTO C. GARCIA , perfected an appeal from a judgment entered by the 197th District
Court of Cameron County, Texas, in cause number 1998-03-970-C . The clerk's record was received on
January 28, 2002 . The reporter's record was received on December 21, 2001 . Appellant's brief was due on
February 27, 2002 . To date, no appellate brief has been received.

 When the appellant has failed to file a brief in the time prescribed, the Court may dismiss the appeal for want
of prosecution, unless the appellant reasonably explains the failure and the appellee is not significantly injured
by the appellant's failure to timely file a brief. Tex. R. App. P. 38.8(a)(1).

 On October 22, 2002, notice was given to all parties that this appeal was subject to dismissal pursuant to Tex.
R. App. P. 38.8(a)(1). Appellant was given ten days to explain why the cause should not be dismissed for
failure to file a brief. To date, no response has been received.

 The Court, having examined and fully considered the documents on file, appellant's failure to file a proper
appellate brief, this Court's notice, and appellant's failure to respond, is of the opinion that the appeal should
be dismissed for want of prosecution. The appeal is hereby DISMISSED FOR WANT OF PROSECUTION.

PER CURIAM



Opinion delivered and filed

this the 17th day of April, 2003.





1. Retired Justice Noah Kennedy assigned to this Court by the Chief Justice of the Supreme Court of
Texas pursuant to Tex. Gov't Code Ann. § 74.003 (Vernon 1998).